IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-59-WDM
Civil Action No. 08-cv-01304-WDM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

RUSSELL D. COOLEY,

    Defendant-Movant.

_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable Walker D. Miller (ECF No. 49), filed July 21, 2011, and the Amended Order (ECF No. 50), filed July 21, 2011, the following Judgment is hereby entered:

    1.    That the Amended 28 U.S.C. § 2255 Motion, filed September 26, 2008 (ECF No. 39), is.DENIED; and

    2.    That the corresponding civil action is dismissed.

    Dated at Denver, Colorado this    22nd    day of July, 2011.

                                      FOR THE COURT:

                                      GREGORY C. LANGHAM, CLERK

                                      By:   s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk