FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 5 2014

JEFFREY P. COLWELL
CLERK

Dear Judge R. Brooke Jackson,

Hello your Honor,

This is Russell Cooley Case No 05-cr-0059-RBJ, I am writing today to ask this court for an emergency hearing. I recently wrote you and provided you with court documents showing that I had my Weld County, Colorado cases vacated after serving the whole sentences.

You sent my last letter and the attached documents to federal public defender Bob Pepin who had the federal public defender's office habeas corpus expert look at my letter and the documents. She provided the following response:

Hi Bob - I've looked through Mr. Cooley's letter. There is a lot of math involved (yikes), but I think the bottom line is that he is probably entitled to credit under the federal statute. He likely needs to file a petition for habeas relief under 28 USC sec. 2241 which challenges the legality of his actual confinement.

It continues on to suggest trying to work with the AUSA on my case which is Ms. Judith Smith to try to get someone to sort this out at the admin. end. (Judith Smith) She seems to think that this issue has already been decided, baseing her belief on Judge Brimmer's ~~decision~~, ~~and~~ Nov. 1, 2013 decision.

I disagree and think Judge Brimmer would agree that this is a different issue all together, in my previous 2241 I was asking for nunc pro tunc designation in an attempt to get my federal sentence concurrent with my state sentences. Now those state sentences

have been vacated all together so the only sentence that exsistes is my federal sentence. There is no sentence to run concurrent or consecutively to therefore, I am entitled to credit under the federal statute 3585(1)(2)(b) for the time I served on the now vacated weld county sentences.

There is 2 years, 6 months and 11 Days of unapplied credit. The bottom line your honor is that I am currently being held Illegally by the BOP who is refusing to even consider the credit or take any action. The BOP Does not have an legal Jurisidiction to continue to hold me the only authority the BOP has comes from the United States Constitution and the statutes.

The statute is very clear in that I am statutorly entitled to the credit I seek. To continue to hold me unlawfully is a violation of my constitution right to due process. I have provide document after document to BOP showing that the credit not olny is there but the federal statute requires the BOP to purform it's duty. The BOP has the responsibility of administering sentences and in order to fullfull this duty the BOP must beable to discern how much of a sentence that a defendant has left to serve.

Because the credit I'm seeking could not have been determined by this court at the time of sentencing the Attorney General, through the BOP has no choice but to make the determination. 3585(1)(2)(b) provides me a clear right to credit for the time I spent in official

detention before my federal sentence commenced on June 27, 2012 from the vacated 120 month Weld County sentence.

   I am respectfully requesting this Honorable court to take Judicial notice of the facts and laws and perform Judicial review of the computation of my federal sentence; Issue an order upon finding that I am 30 month past my release, for the BOP to Re-calculate my federal sentence apply the 2 yrs. 6 mo. and 11 Days of unapplied credit from my vacated Weld county sentences and immedeatly release me.

   I am further asking this court to afford me immedeate action in this request for the following reasons:

1) I am entitled to the credit under the federal statute.

2) I am entitled to relief from the punitive consequences which flow solely from the failure to take action in accordance with the federal statute. 3585(1)(2)(b)

3) The BOP Does not have Jurisdiction to continue my incarceration.

4) The process of exhausting my administrative remedies, and filing a 28 USC sec 2241 challenging the legality of my confinement would not provide me relief from the punitive consequences of excessive, Illegal incarceration because the process would take more than 81 days and I only have 81 days untill The BOP is releasing me to the halfway house in Denver, Colorado on Jan. 22, 2015.

   Although I have begun the process of exhausting my administrative remedies I am still 60 Days from exhausting them at which point this court would provid the warden of this institution 21 Day

to respond as to weather or not I have exhausted them and by the time any relief could be provided I would already be out of prison. Therefore, I feel it is appropreate for this court to review the facts and rule. This court has jurisidiction to issue an order for BOP to calculate and apply the credit from the vacated sentences out of weld county cases: 04-CR-1983 and 04-CR-1950, in the amount of 2 years 6 month 11 Days.

AND I respectfully request this Honorable court grant this request and releve me of the punitive consequences of Illegall incarceration.

Respectfully
Russell Cooley 33201-013